NUMBER 13-04-253-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG


________________________________________________________________

IN RE CECILIA OCHOA
_____________________________________________________________ 
 
On Petition for Writ of Mandamus 
______________________________________________________________ 

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Per Curiam Memorandum Opinion

         Relator Cecilia Ochoa filed a petition for writ of mandamus in the above cause. 
Real party in interest, Hidalgo County, Texas, filed a response at our request.
         The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relator has not shown herself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8. The petition for writ of mandamus is DENIED.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 28th day of April 2005.